UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1785 (ADM/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | ) | |
| V. | ) | DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| $88,300.00 IN U.S. CURRENCY, DEFENDANT. | ) | |

Based on the motion of the United States for an order granting default judgment against Patrick Joseph Matter and all unknown persons having an interest in the defendant currency and for a final order of forfeiture; on all the files and records in this action; and on Court's finding as follows that:

1. a verified Complaint for Forfeiture with supporting affidavit was filed on September 27, 2001, alleging that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

2. a Warrant of Arrest and Notice *In Rem* was issued by the Clerk of Court on September 27, 2001, directing the United States Marshal to arrest the defendant currency; to serve all known persons and entities having an interest in the defendant currency with a copy of the Summons, Complaint, and Warrant of Arrest and Notice *In Rem*; and to give due notice to them to serve on the United States Attorney and file with the Clerk of Court a verified statement of interest in or right against the defendant currency within 30 days from the date of service and an answer to the

FILED DEC 3 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Complaint for Forfeiture within 20 days from the filing date of the verified statement;

3. the United States Marshal arrested the defendant currency and served a copy of the Summons, Complaint, Warrant of Arrest and Notice *In Rem* on Patrick Joseph Matter, through his attorney, Alan P. Caplan;

4. a notice of the seizure and arrest of the defendant currency was published by the United States Attorney's Office in *Finance and Commerce*, Minneapolis, Minnesota, a newspaper of general circulation in the District of Minnesota, on October 17, 24 and 31, 2001, giving notice to all unknown interested persons and entities of the verified statement and answer requirements;

5. Patrick Joseph Matter filed a verified statement of interest in the defendant currency and an answer to the Complaint for Forfeiture;

6. no other verified statements of interest in or right against the defendant currency or answers to the Complaint for Forfeiture have been filed with the Clerk of Court or served on the United States Attorney in response to the published notice of forfeiture, and the time for filing a verified statement and answer has expired based on the published notice of forfeiture;

7. Patrick Joseph Matter has now withdrawn his claim to the defendant currency, consented to the entry of default judgment

against him, and consented to the forfeiture of the defendant currency to the United States; and

8. the basis for the forfeiture of the defendant currency set forth in the Complaint For Forfeiture *In Rem* and attached Affidavit of DEA Task Force Officer/IRS Agent Jim Shoup stands unrebutted, and the Plaintiff has met its burden of establishing that the defendant currency is forfeitable pursuant to 21 U.S.C. § 881(a)(6),

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. default judgment is entered against Patrick Joseph Matter and all unknown persons and entities having an interest in the defendant currency; and

2. all the right, title and interest in the defaulted persons and entities in the defendant currency is forfeited to the Plaintiff, and no right, title or interest the defendant currency shall exist in any other person or entity; and

3. the defendant currency is forfeited to the United States and shall be disposed of by the Plaintiff in accordance with the law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 3, 2003

ANN D. MONTGOMERY, Judge
United States District Court