AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

United States of America

V.

$88,300.00 in U.S. Currency

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-1785 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
default judgment is entered against Patrick Joseph Matter and all unknown persons and entities having an interest in the defendant currency; and all the right, title and interest in the defaulted persons and entities in the defendant currency is forfeited to the Plaintiff, and no right, title or interest the defendant currency shall exist in any other person or entity; and the defendant currency is forfeited to the United States and shall be disposed of by the Plaintiff in accordance with the law.

December 3, 2003
Date

RICHARD D. SLETTEN, CLERK

G. Schneider
(By) Gloria Schneider, Deputy Clerk