ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1785 (ADM/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>V.<br>$88,300.00 IN U.S. CURRENCY,<br>DEFENDANT. | ENTRY OF DEFAULT |

It appearing that all unknown persons and entities having an interest in the defendant currency are in default for failure to file a verified statement of interest in or right against the defendant currency and an answer to the Complaint for Forfeiture in this action as provided for by Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Title 18, United States Code, Section 983(a)(4)(A) and (B) and that Patrick Joseph Matter is in default as provided for in the Withdrawal of Claim/Consent to Default Judgment and Forfeiture filed in this action;

Now, therefore, on application of the plaintiff, acting through its attorneys of record,

DEFAULT IS HEREBY ENTERED against Patrick Joseph Matter and all unknown persons and entities having an interest in the defendant currency this 5th day of December, 2003.

Jacqu Mehl
CLERK, UNITED STATES DISTRICT COURT

19